# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Hand Promotions Incorporated,<br><br>   Plaintiff,<br><br>   vs.<br><br>Edge Bar LLC et al.,<br><br>   Defendants. | CR 24-00404-TUC-CKJ<br><br>**JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE** |

**Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Notice of Voluntary Dismissal, this action is hereby **dismissed without prejudice.**

November 7, 2024
Date

Debra D. Lucas
District Court Executive/Clerk of Court


s/ L. Lowe
By: Deputy Clerk